Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**RECEIVED**

JAN - 6 2022

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

_____ Division

Courtney Green

) Case No. **1:22CV010**
) *(to be filled in by the Clerk's Office)*
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

) Jury Trial: *(check one)* ☐ Yes ☑ No

-v-

Scripps Corporate Headquarters/Scripps Center

**1 DLOTT   M.J. BOWMAN**

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Courtney Green |
   | Street Address | PO Box 5011 |
   | City and County | Kansas city, Jackson County |
   | State and Zip Code | Missouri 64130 |
   | Telephone Number | (503) 902-7898 |
   | E-mail Address | green7126@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Scripps Corporate Headquarters/ Scripps Center |
| Job or Title *(if known)* | |
| Street Address | 312 Walnut St. Suite 2800 |
| City and County | Cincinnati, Hamilton County |
| State and Zip Code | Ohio, 45202 |
| Telephone Number | . |
| E-mail Address *(if known)* | |

Defendant No. 2

- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 3

- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 4

- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Defamation of Character, unfair business competition, invasion of privacy

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Courtney Green, is a citizen of the State of *(name)* Missouri.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* Scripps Corporate Headquarters, is a citizen of the State of *(name)* Ohio. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The defendant ( Scripps Corporate Headquarters/Scripps Center) host a network to employees of it's extended brand brand ( Newsy) who participated in acts of Defamation of character, unfair business competition, phishing, outsourcing to collect personal information on/about plaintiff (Courtney Green) and invading on personal privacy through the use of public statues and media platform.The defendant( Scripps Corporate Headquarters) neglected to act/end this behavior.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Offenses occurred on and through the dates of 09/17-12/19 of 2021.During various airings of Newsy Morning rush,Newsy Reports and Evening Debrief an extended brand of the defendant (Scripps Center). Employees conversed about financial status and other personal information implementing these findings through a series of daily stories, referring to the plaintiff as 4. Employees also used adjoining networks such as NBC to collect and exploit personal information. Jokingly stating The best way to deal with 4 is to stay ahead of it.Using resources overseas to promote unfair business competition and disruption in business practices. 11/15/2021 newsy tonight interviewed Andrew yang and he hinted at a recent employment endeavors amongst other indirect comments.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I recommend the court order compensation in the amount of $200,000,000 for defamation of character,unfair business competition, phishing, outsourcing to collect personal information on about plaintiff(Courtney Green) and invading on personal privacy through the use of public statues and media platform As well as the negligence associated with these actions and insensitivity.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/22/2021

Signature of Plaintiff
Printed Name of Plaintiff     Courtney Green

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address