IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Courtney Green, | : | Case No. 1:22-cv-10 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| Scripps Corporate Headquarters/Scripps Center, | : | **Order Adopting Report and Recommendation** |
| | : | |
| Defendant. | : | |

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 20, 2022. (Doc. 4.) The Magistrate Judge recommended this action be dismissed with prejudice for failure to state a claim upon which relief may be granted.

No objections to the Report and Recommendation have been filed and the time to do so has expired. Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation. This case is hereby **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED**.

Judge Susan J. Dlott
United States District Court