IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Courtney Green,  :
  :
    Plaintiff,  :
  :  Case Number: 1:22cv10
vs.  :
  :  Judge Susan J. Dlott
Scripps Corporate Headquarters,  :
  :
    Defendant.  :

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . The Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge (doc. 4). Accordingly, this case is dismissed with prejudice for failure to state a claim upon which relief may be granted. This case is hereby TERMINATED from the docket of this Court

3/2/2022      RICH NAGEL, CLERK

    S/William Miller

    Deputy Clerk